IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                           CIVIL NO.: 12-1076 PJK/WDS

FUNDS IN THE AMOUNT OF $295,062.71
FROM WELLS FARGO BANK ACCOUNT **0257 et al.,

    Defendants,

*and*

JAMES ROBERTSON, et al.
    Claimants.

## ORDER VACATING RULE 16 CONFERENCE

PLEASE BE ADVISED that the Rule 16 Scheduling Conference set for March 18, 2013 at 9:10 a.m. is **VACATED.** This matter will be reassigned to a different Magistrate Judge within ten days, and the newly assigned Magistrate Judge will handle all scheduling matters.

**IT IS SO ORDERED.**

                                            W. DANIEL SCHNEIDER
                                            United States Magistrate Judge